Name, Address and Telephone Number of Attorney(s):

Marc D. Alexander  SBN 100030
AlvaradoSmith APC
1 MacArthur Place, Suite 200
Santa Ana, CA  92707

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Scott,<br><br>Plaintiff(s)<br>v.<br>Mt. San Jacinto Community College District,<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-00050-JGB-SHK<br><br>**MEDIATION REPORT** |

*Instructions:* **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**

1. ☒ A mediation was held on (date): __October 25, 2022__ .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☒ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.

   ☐ Defendant or defendant's representative failed to appear.

   ☐ Other:

3. Did the case settle?

   ☒ Yes, fully, on __October 25, 2022__ (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?


Dated: __November 3, 2022__

__/s/Marc D. Alexander__
Signature of Mediator

__Marc D Alexander__
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*